IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL BELL                                                                                       PETITIONER

v.                                          NO. 5:09CV00033 SWW

LARRY NORRIS, Director of the                                                        RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus filed by petitioner Michael Bell is dismissed. All requested relief is denied, and judgment will be entered for respondent Larry Norris.

IT IS SO ORDERED this 12th day of January, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE