IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL BELL                                                                                       PETITIONER

v.                                      NO. 5:09CV00033 SWW

LARRY NORRIS, Director of the                                                           RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Larry Norris. The petition for writ of habeas corpus filed by petitioner Michael Bell is dismissed; all requested relief is denied.

IT IS SO ORDERED this 12th day of January, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE